IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EDWARD THOMAS,[1] | § | |
| | § | No. 145, 2019 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN13-04968 |
| ANGELICA WHITE, | § | Petition No. 18-31712 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: July 8, 2019
Decided: July 16, 2019

## <u>ORDER</u>

On June 11, 2019, the Senior Court Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to pay the Family Court filing fee. After the appellant failed to arrange for redelivery of the certified mailing, the notice was sent by first class mail on June 26, 2019. The appellant failed to respond to the notice to show cause within the required ten-day period. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).